1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMANT KOTSINSH and DAVID-WYNN MILLER,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN TITLE, a California Corporation; GREENPOINT FUNDING INCORPORATED, a New York Corporation; FINANCIAL TITLE COMPANY, a California Corporation; MARIN CONVEYANCING CORPORATION, "as Trustee"; AURORA LOAN SERVICES, LLC; AURORA BANK; FEDERAL SAVINGS BANK, A COLORADO CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS"- A/K/A MERS CORPORATION, INCORPORATION, a Delaware Corporation; AKERMAN SENTERFITT, LLP, a California Limited Liability Partnership Company; IMRAN HAYAT, ESQ., an Individual; TAYLOR L. BROADHEAD, ESQ., an Individual; JUSTIN D. BASLER, ESQ., an Individual; TFLG CORPORATION, a California Corporation; ERIC FERNANDEZ, ESQ., an Individual; SEAN BEDROSIAN, ESQ., an Individual; LAURIE HOWELL, ESQ., an Individual; CAL-WESTERN RECONVEYANCE CORPORATION, "as Trustee",<br><br>　　　　　Defendants. | Case No.: 12-cv-04636-LHK<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

1

1    Plaintiffs filed their Complaint on September 5, 2012.  ECF No. 1.  Plaintiffs' Complaint appears to consist of miscellaneous words and numbers.

On October 5, 2012, Defendant Greenpoint Mortgage Funding, Inc. filed a motion to dismiss Plaintiff's Complaint.  *See* ECF No. 7.  Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to the motion to dismiss was due on October 19, 2012.  As of the date of this order, Plaintiff has not filed an opposition or statement of non-opposition to Defendant Greenpoint Mortgage Funding, Inc.'s motion to dismiss.[1]

The Court hereby orders Plaintiffs to show cause why this case should not be dismissed as to Defendant Greenpoint Mortgage Funding, Inc. for failure to prosecute.  This Order does not authorize Plaintiffs to file an untimely opposition to Defendant Greenpoint Mortgage Funding, Inc.'s motion to dismiss.  Plaintiffs have until December 10, 2012 to file a response to this Order to Show Cause.  A hearing on this Order to Show Cause is set for **January 2, 2013 at 2:00 P.M.**  Plaintiffs' failure to respond to this Order and to appear at the January 2, 2013 hearing will result in dismissal of Defendant Greenpoint Mortgage Funding, Inc. with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 26, 2012

_____
LUCY H. KOH
United States District Judge

---

[1] On November 19, 2012, Defendants Aurora Bank FSB, Aurora Loan Services, LLC, and Mortgage Electronic Registration Systems, Inc. (collectively, "Aurora Defendants") also filed a motion to dismiss.  ECF No. 11.  Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to the Aurora Defendants' motion to dismiss is due on December 3, 2012.