**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMANT KOTSINSH and DAVID WYNN MILLER,<br><br>  Plaintiffs,<br><br>v.<br><br>First American Title, a California Corporation; GreenPoint Funding Incorporated, a New York Corporation; Financial Title Company, a California Corporation; Marin Conveyancing Corporation, "as Trustee"; Aurora Loan Services, LLC; Aurora Bank; Federal Savings Bank, a Colorado Corporation; Mortgage Electronic Registration Systems, Inc. "MERS"- A/K/A MERS Corporation, Incorporation, a Delaware Corporation, Akerman Senterfitt, LLP, a California Limited Liability Partnership Company; Imran Hayat, Esq., an Individual; Taylor L. Broadhead, Esq., an Individual; Justin D. Basler, Esq., an Individual; TFLG Corporation, a California Corporation; Eric Fernandez, Esq., an Individual; Sean Bedrosian, Esq., an Individual; Laurie Howell, Esq., an Individual; Cal-Western Reconveyance Corporation, "as Trustee",<br><br>  Defendants. | Case No. 5:12-CV-04636-LHK-PSGx<br><br>*Assigned to Judge Lucy H. Koh*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.'S REQUEST FOR COUNSEL TO APPEAR TELEPHONICALLY AT JANUARY 2, 2013 HEARING**<br><br>Date:    January 2, 2013<br>Time:   2:00 p.m.<br>Place:   Courtroom 8<br>            280 South 1st Street<br>            San Jose, CA 95113<br><br>Complaint Filed:   September 5, 2012 |

1   On November 26, 2012, the Court issued an Order To Show Cause ("OSC")
2   regarding the dismissal of Defendant GreenPoint Mortgage Funding, Inc.
3   ("GreenPoint") as a defendant due to Plaintiffs' failure to prosecute and set a hearing
4   for January 2, 2013 at 2:00 p.m. on the OSC.  GreenPoint requested permission for
5   counsel to appear telephonically at the hearing.
6       GreenPoint's request for permission to appear telephonically at the January 2,
7   2013 hearing is GRANTED.

DATED:  12/13/12

*Lucy H. Koh*
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE