1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMANT KOTSINSH and DAVID WYNN MILLER,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>First American Title, a California Corporation; GreenPoint Funding Incorporated, a New York Corporation; Financial Title Company, a California Corporation; Marin Conveyancing Corporation, "as Trustee"; Aurora Loan Services, LLC; Aurora Bank; Federal Savings Bank, a Colorado Corporation; Mortgage Electronic Registration Systems, Inc. "MERS"- A/K/A MERS Corporation, Incorporation, a Delaware Corporation, Akerman Senterfitt, LLP, a California Limited Liability Partnership Company; Imran Hayat, Esq., an Individual; Taylor L. Broadhead, Esq., an Individual; Justin D. Basler, Esq., an Individual; TFLG Corporation, a California Corporation; Eric Fernandez, Esq., an Individual; Sean Bedrosian, Esq., an Individual; Laurie Howell, Esq., an Individual; Cal-Western Reconveyance Corporation, "as Trustee",<br><br>　　　　　Defendants. | Case No. 5:12-CV-04636-LHK-PSGx<br><br>*Assigned to Judge Lucy H. Koh*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.'S REQUEST FOR COUNSEL TO APPEAR TELEPHONICALLY AT JANUARY 2, 2013 HEARING**<br><br>Date:　　January 2, 2013<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 8<br>　　　　　280 South 1st Street<br>　　　　　San Jose, CA 95113<br><br>Complaint Filed:　September 5, 2012 |

1    On November 26, 2012, the Court issued an Order To Show Cause ("OSC")
2 regarding the dismissal of Defendant GreenPoint Mortgage Funding, Inc.
3 ("GreenPoint") as a defendant due to Plaintiffs' failure to prosecute and set a hearing
4 for January 2, 2013 at 2:00 p.m. on the OSC. GreenPoint requested permission for
5 counsel to appear telephonically at the hearing.
6    GreenPoint's request for permission to appear telephonically at the January 2,
7 2013 hearing is GRANTED.

9 DATED:  12/13/12

HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE