1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMANT KOTSINSH and DAVID-WYNN MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN TITLE, a California Corporation; GREENPOINT FUNDING INCORPORATED, a New York Corporation; FINANCIAL TITLE COMPANY, a California Corporation; MARIN CONVEYANCING CORPORATION, "as Trustee"; AURORA LOAN SERVICES, LLC; AURORA BANK; FEDERAL SAVINGS BANK, A COLORADO CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS"- A/K/A MERS CORPORATION, INCORPORATION, a Delaware Corporation; AKERMAN SENTERFITT, LLP, a California Limited Liability Partnership Company; IMRAN HAYAT, ESQ., an Individual; TAYLOR L. BROADHEAD, ESQ., an Individual; JUSTIN D. BASLER, ESQ., an Individual; TFLG CORPORATION, a California Corporation; ERIC FERNANDEZ, ESQ., an Individual; SEAN BEDROSIAN, ESQ., an Individual; LAURIE HOWELL, ESQ., an Individual; CAL-WESTERN RECONVEYANCE CORPORATION, "as Trustee",<br><br>Defendants. | Case No.: 12-cv-04636-LHK<br><br>ORDER EXTENDING DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AS TO DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. |

1

Case No.: 12-cv-04636-LHK
ORDER EXTENDING DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AS TO DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.

On November 26, 2012, the Court ordered Plaintiffs to show cause why this case should not be dismissed as to Defendant Greenpoint Mortgage Funding, Inc. for failure to prosecute. *See* ECF No. 21 ("OSC"). Plaintiffs were ordered to file a response to the OSC by December 10, 2012. *Id.* The Order to Show Cause was never mailed to Plaintiffs. Accordingly, Plaintiffs' deadline to file a response to the OSC is hereby extended from December 10, 2012 to December 27, 2012. The hearing on this OSC will take place on **January 2, 2013 at 2:00 P.M.** as previously scheduled. Should Plaintiffs fail to respond to the OSC or fail to appear at the January 2, 2013 hearing, Plaintiffs' case will be dismissed with prejudice for failure to prosecute as to Defendant Greenpoint Mortgage Funding, Inc.

**IT IS SO ORDERED.**

Dated: December 13, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No.: 12-cv-04636-LHK
ORDER EXTENDING DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AS TO DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.