UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMANT KOTSINSH and DAVID-WYNN MILLER, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST AMERICAN TITLE, a California Corporation; GREENPOINT FUNDING INCORPORATED, a New York Corporation; FINANCIAL TITLE COMPANY, a California Corporation; MARIN CONVEYANCING CORPORATION, "as Trustee"; AURORA LOAN SERVICES, LLC; AURORA BANK; FEDERAL SAVINGS BANK, A COLORADO CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS"- A/K/A MERS CORPORATION, INCORPORATION, a Delaware Corporation; AKERMAN SENTERFITT, LLP, a California Limited Liability Partnership Company; IMRAN HAYAT, ESQ., an Individual; TAYLOR L. BROADHEAD, ESQ., an Individual; JUSTIN D. BASLER, ESQ., an Individual; TFLG CORPORATION, a California Corporation; ERIC FERNANDEZ, ESQ., an Individual; SEAN BEDROSIAN, ESQ., an Individual; LAURIE HOWELL, ESQ., an Individual; CAL-WESTERN RECONVEYANCE CORPORATION, "as Trustee", <br><br> Defendants. | Case No.: 12-cv-04636-LHK <br><br> ORDER EXTENDING DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AS TO DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. |

1

Case No.: 12-cv-04636-LHK
ORDER EXTENDING DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AS TO DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.

1  On November 26, 2012, the Court ordered Plaintiffs to show cause why this case should not
2  be dismissed as to Defendant Greenpoint Mortgage Funding, Inc. for failure to prosecute. *See* ECF
3  No. 21 ("OSC"). Plaintiffs were ordered to file a response to the OSC by December 10, 2012. *Id.*
4  The Order to Show Cause was never mailed to Plaintiffs. Accordingly, Plaintiffs' deadline to file a
5  response to the OSC is hereby extended from December 10, 2012 to December 27, 2012. The
6  hearing on this OSC will take place on **January 2, 2013 at 2:00 P.M.** as previously scheduled.
7  Should Plaintiffs fail to respond to the OSC or fail to appear at the January 2, 2013 hearing,
8  Plaintiffs' case will be dismissed with prejudice for failure to prosecute as to Defendant Greenpoint
9  Mortgage Funding, Inc.

10 **IT IS SO ORDERED.**

12 Dated: December 13, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge