UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMANT KOTSINSH and DAVID-WYNN MILLER,<br><br>                Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN TITLE, a California Corporation; GREENPOINT FUNDING INCORPORATED, a New York Corporation; FINANCIAL TITLE COMPANY, a California Corporation; MARIN CONVEYANCING CORPORATION, "as Trustee"; AURORA LOAN SERVICES, LLC; AURORA BANK; FEDERAL SAVINGS BANK, A COLORADO CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS"- A/K/A MERS CORPORATION, INCORPORATION, a Delaware Corporation; AKERMAN SENTERFITT, LLP, a California Limited Liability Partnership Company; IMRAN HAYAT, ESQ., an Individual; TAYLOR L. BROADHEAD, ESQ., an Individual; JUSTIN D. BASLER, ESQ., an Individual; TFLG CORPORATION, a California Corporation; ERIC FERNANDEZ, ESQ., an Individual; SEAN BEDROSIAN, ESQ., an Individual; LAURIE HOWELL, ESQ., an Individual; CAL-WESTERN RECONVEYANCE CORPORATION, "as Trustee",<br><br>                Defendants. | Case No.: 12-CV-04636-LHK<br><br>ORDER DISMISSING GREENPOINT MORTGAGE FUNDING, INC., AURORA BANK FSB, AURORA LOAN SERVICES, LLC, AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ORDER TO SHOW CAUSE RE: AKERMAN SENTERFITT, LLP, TAYLOR L. BROADHEAD, AND JUSTIN D. BALSER; ORDER SETTING CASE MANAGEMENT CONFERENCE |

1

Plaintiffs filed their Complaint on September 5, 2012. ECF No. 1. Plaintiffs' Complaint appears to consist of miscellaneous words and numbers.

**Order of Dismissal**

On October 5, 2012, Defendant Greenpoint Mortgage Funding, Inc. ("Defendant Greenpoint") filed a motion to dismiss Plaintiffs' Complaint. *See* ECF No. 7. Pursuant to Civil Local Rule 7-3(a), Plaintiffs' opposition to Defendant Greenpoint's motion to dismiss was due on October 19, 2012. Plaintiffs did not (and have not) filed an opposition or statement of non-opposition to Defendant Greenpoint's motion to dismiss. Accordingly, on November 26, 2012, the Court ordered Plaintiffs to show cause why this case should not be dismissed with prejudice as to Defendant Greenpoint for failure to prosecute. ECF No. 12 ("Greenpoint OSC"). The Court initially set Plaintiffs' deadline to respond to the OSC on December 10, 2012. *Id.* However, the Court later extended this deadline to December 27, 2012. ECF No. 16. The Court set the hearing on the Greenpoint OSC for January 2, 2013 at 2:00 P.M. ECF No. 12. The Court notified Plaintiffs that if Plaintiffs failed to respond to the Greenpoint OSC and failed to appear at the January 2, 2013 hearing, the Court would dismiss Plaintiffs' case with prejudice as to Defendant Greenpoint for failure to prosecute. *Id.*

On November 19, 2012, Defendants Aurora Bank FSB, Aurora Loan Services, LLC, Mortgage Electronic Registration Systems, Inc., Akerman Senterfitt, LLP, Taylor L. Broadhead, and Justin D. Balser (collectively, "Aurora Defendants") also filed a motion to dismiss. ECF No. 11. Plaintiffs' opposition to the Aurora Defendants' motion to dismiss was due on December 3, 2012. *See* Local Rule 7-3(a). Plaintiffs did not (and have not) filed an opposition or statement of non-opposition the Aurora Defendants' motion to dismiss. Accordingly, on December 13, 2012, the Court ordered Plaintiffs to show cause why this case should not be dismissed as to Defendants Aurora Bank FSB, Aurora Loan Services, LLC, and Mortgage Electronic Registration Systems, Inc. ECF No. 14 ("Aurora OSC"). The Court inadvertently omitted Defendants Akerman Senterfitt, LLP, Taylor L. Broadhead, and Justin D. Balser from the Aurora OSC. The Court ordered Plaintiffs to respond to the OSC by December 27, 2012. *Id.* The hearing on the Aurora

2

Case No.: 12-CV-04636-LHK
ORDER OF DISMISSAL; ORDER TO SHOW CAUSE RE: AKERMAN SENTERFITT, LLP, TAYLOR L. BROADHEAD, AND JUSTIN D. BALSER; ORDER SETTING CASE MANAGEMENT CONFERENCE

OSC was also set for January 2, 2013 at 2:00 P.M. *Id.* The Court notified Plaintiffs that if Plaintiffs failed to respond to the Aurora OSC and failed to appear at the January 2, 2013 hearing, the Court would dismiss Plaintiffs' case with prejudice as to Defendants Aurora Bank FSB, Aurora Loan Services, LLC, and Mortgage Electronic Registration Systems, Inc. for failure to prosecute. *Id*.

Plaintiffs failed to respond to either the Greenpoint OSC or the Aurora OSC. Plaintiffs also failed to appear at the January 2, 2013 hearing on both OSC's. Accordingly, Plaintiffs' case is DISMISSED WITH PREJUDICE as to Defendants Greenpoint Mortgage Funding, Inc., Aurora Bank FSB, Aurora Loan Services, LLC, and Mortgage Electronic Registration Systems, Inc. Defendant Greenpoint Mortgage Funding, Inc.'s motion to dismiss (ECF No. 7) is DENIED AS MOOT. The February 28, 2013 hearing on the Aurora Defendants' motion to dismiss (ECF No. 11) is hereby VACATED.

**Order to Show Cause**

Furthermore, in light of Plaintiffs' failure to respond to the Aurora Defendants' motion to dismiss, and failure to appear at the Aurora OSC hearing, the Court hereby orders Plaintiffs to show cause why this case should not also be dismissed as to Defendants Akerman Senterfitt, LLP, Taylor L. Broadhead, and Justin D. Balser (the Aurora Defendants who were inadvertently omitted from the Aurora OSC). Plaintiffs have until January 16, 2013 to file a response to this Order to Show Cause. A hearing on this Order to Show Cause is set for **January 30, 2013 at 2:00 P.M**. Plaintiffs' failure to respond to this Order and to appear at the January 30, 2013 hearing will result in dismissal of Defendants Akerman Senterfitt, LLP, Taylor L. Broadhead, and Justin D. Balser with prejudice for failure to prosecute.

**Order Setting Case Management Conference**

The initial case management conference scheduled for February 28, 2013 is hereby ADVANCED to January 30, 2013 at 2:00 p.m. Plaintiffs are also advised that if Plaintiffs fail to submit a joint case management conference statement in advance of the January 30, 2013 case management conference and fail to appear at the January 30, 2013 case management conference,

3

Case No.: 12-CV-04636-LHK
ORDER OF DISMISSAL; ORDER TO SHOW CAUSE RE: AKERMAN SENTERFITT, LLP, TAYLOR L. BROADHEAD, AND JUSTIN D. BALSER; ORDER SETTING CASE MANAGEMENT CONFERENCE

the Court will issue an order to show cause as to why this case should not be dismissed with prejudice as to the remaining Defendants for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 3, 2013

_____
LUCY H. KOH
United States District Judge