UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMANT KOTSINSH and DAVID-WYNN MILLER,<br><br>                Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN TITLE, a California Corporation; GREENPOINT FUNDING INCORPORATED, a New York Corporation; FINANCIAL TITLE COMPANY, a California Corporation; MARIN CONVEYANCING CORPORATION, "as Trustee"; AURORA LOAN SERVICES, LLC; AURORA BANK; FEDERAL SAVINGS BANK, A COLORADO CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS"- A/K/A MERS CORPORATION, INCORPORATION, a Delaware Corporation; AKERMAN SENTERFITT, LLP, a California Limited Liability Partnership Company; IMRAN HAYAT, ESQ., an Individual; TAYLOR L. BROADHEAD, ESQ., an Individual; JUSTIN D. BASLER, ESQ., an Individual; TFLG CORPORATION, a California Corporation; ERIC FERNANDEZ, ESQ., an Individual; SEAN BEDROSIAN, ESQ., an Individual; LAURIE HOWELL, ESQ., an Individual; CAL-WESTERN RECONVEYANCE CORPORATION, "as Trustee",<br><br>                Defendants. | Case No.: 12-CV-04636-LHK<br><br>ORDER DISMISSING AKERMAN SENTERFITT, LLP, TAYLOR L. BROADHEAD, AND JUSTIN D. BALSER; ORDER TO SHOW CAUSE RE: ALL REMAINING DEFENDANTS |

1

Case No.: 12-CV-04636-LHK
ORDER DISMISSING AKERMAN SENTERFITT, LLP, TAYLOR L. BROADHEAD, AND JUSTIN D. BALSER; ORDER TO SHOW CAUSE RE: ALL REMAINING DEFENDANTS

Plaintiffs filed their Complaint on September 5, 2012. ECF No. 1. Plaintiffs' Complaint appears to consist of miscellaneous words and numbers.

**Background**

On November 19, 2012, Defendants Aurora Bank FSB, Aurora Loan Services, LLC, Mortgage Electronic Registration Systems, Inc., Akerman Senterfitt, LLP, Taylor L. Broadhead, and Justin D. Balser (collectively, "Aurora Defendants") filed a motion to dismiss. ECF No. 11. Plaintiffs' opposition to the Aurora Defendants' motion to dismiss was due on December 3, 2012. *See* Local Rule 7-3(a). Plaintiffs did not (and have not) filed an opposition or statement of non-opposition the Aurora Defendants' motion to dismiss. Accordingly, on December 13, 2012, the Court ordered Plaintiffs to show cause why this case should not be dismissed as to Defendants Aurora Bank FSB, Aurora Loan Services, LLC, and Mortgage Electronic Registration Systems, Inc. ECF No. 14 ("Aurora OSC"). The Court inadvertently omitted Defendants Akerman Senterfitt, LLP, Taylor L. Broadhead, and Justin D. Balser from the Aurora OSC. The Court ordered Plaintiffs to respond to the OSC by December 27, 2012. *Id.* The hearing on the Aurora OSC was set for January 2, 2013 at 2:00 P.M. *Id.* The Court notified Plaintiffs that if Plaintiffs failed to respond to the Aurora OSC and failed to appear at the January 2, 2013 hearing, the Court would dismiss Plaintiffs' case with prejudice as to Defendants Aurora Bank FSB, Aurora Loan Services, LLC, and Mortgage Electronic Registration Systems, Inc. for failure to prosecute. *Id.*

Plaintiffs failed to respond to the Aurora OSC. Plaintiffs also failed to appear at the January 2, 2013 hearing on the Aurora OSC. Accordingly, on January 3, 2013, Plaintiffs' case was DISMISSED WITH PREJUDICE as to Defendants Aurora Bank FSB, Aurora Loan Services, LLC, and Mortgage Electronic Registration Systems, Inc. *See* ECF No. 19.[1]

On January 3, 2013, the Court also ordered Plaintiffs to show cause why this case should not be dismissed as to Defendants Akerman Senterfitt, LLP, Taylor L. Broadhead, and Justin D. Balser (the Aurora Defendants who were inadvertently omitted from the Aurora OSC). *Id.* ("Second Aurora OSC"). Plaintiffs' deadline to respond to the Second Aurora OSC was set for

---

[1] In the same Order, the Court also dismissed Defendant Greenpoint Mortgage Funding, Inc. pursuant to another order to show cause issued regarding that Defendant. *See* ECF No. 19.

2

Case No.: 12-CV-04636-LHK
ORDER DISMISSING AKERMAN SENTERFITT, LLP, TAYLOR L. BROADHEAD, AND JUSTIN D. BALSER; ORDER TO SHOW CAUSE RE: ALL REMAINING DEFENDANTS

January 16, 2013. A hearing on the Second Aurora OSC was set for January 30, 2013 at 2:00 P.M. The Court advised Plaintiffs that if Plaintiffs failed to respond to the Second Aurora OSC and to appear at the January 30, 2013 hearing, Plaintiffs' case would be dismissed with prejudice as to Defendants Akerman Senterfitt, LLP, Taylor L. Broadhead, and Justin D. Balser for failure to prosecute.

In addition to issuing an OSC as to the remaining Aurora Defendants, the Court advanced the case management conference scheduled for February 28, 2013 to January 30, 2013 at 2:00 p.m. The Court advised Plaintiffs that if Plaintiffs failed to submit a joint case management conference statement in advance of the January 30, 2013 case management conference and failed to appear at the January 30, 2013 case management conference, the Court would issue an order to show cause as to why this case should not be dismissed with prejudice as to the remaining Defendants for failure to prosecute.

**Order of Dismissal Regarding Defendants Akerman Senterfitt, LLP, Taylor L. Broadhead, and Justin D. Balser**

Plaintiffs have not responded to the Second Aurora OSC and did not appear at the January 30, 2013 hearing. Accordingly, Plaintiffs' case is DISMISSED WITH PREJUDICE as to Defendants Akerman Senterfitt, LLP, Taylor L. Broadhead, and Justin D. Balser. The Aurora Defendants' motion to dismiss (ECF No. 11) is DENIED AS MOOT.

**Order to Show Cause as to Remaining Defendants**

Furthermore, in light of Plaintiffs' failure to file a joint case management conference statement and failure to appear at the January 30, 2013 case management conference, the Court hereby orders Plaintiffs to show cause why this case should not also be dismissed as to all remaining Defendants. Plaintiffs have until February 13, 2013 to file a response to this Order to Show Cause. A hearing on this Order to Show Cause is set for **February 27, 2013 at 2:00 P.M**. Plaintiffs' failure to respond to this Order and to appear at the February 27, 2013 hearing will result in dismissal of all remaining Defendants with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Case No.: 12-CV-04636-LHK
ORDER DISMISSING AKERMAN SENTERFITT, LLP, TAYLOR L. BROADHEAD, AND JUSTIN D. BALSER; ORDER TO SHOW CAUSE RE: ALL REMAINING DEFENDANTS

1  Dated: January 30, 2013

_____
LUCY H. KOH
United States District Judge