**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMANT KOTSINSH and DAVID-WYNN MILLER,<br><br>           Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN TITLE, a California Corporation; GREENPOINT FUNDING INCORPORATED, a New York Corporation; FINANCIAL TITLE COMPANY, a California Corporation; MARIN CONVEYANCING CORPORATION, "as Trustee"; AURORA LOAN SERVICES, LLC; AURORA BANK; FEDERAL SAVINGS BANK, A COLORADO CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. "MERS"- A/K/A MERS CORPORATION, INCORPORATION, a Delaware Corporation; AKERMAN SENTERFITT, LLP, a California Limited Liability Partnership Company; IMRAN HAYAT, ESQ., an Individual; TAYLOR L. BROADHEAD, ESQ., an Individual; JUSTIN D. BASLER, ESQ., an Individual; TFLG CORPORATION, a California Corporation; ERIC FERNANDEZ, ESQ., an Individual; SEAN BEDROSIAN, ESQ., an Individual; LAURIE HOWELL, ESQ., an Individual; CAL-WESTERN RECONVEYANCE CORPORATION, "as Trustee",<br><br>           Defendants. | Case No.: 12-CV-04636-LHK<br><br>ORDER DISMISSING ALL REMAINING DEFENDANTS |

1

Case No.: 12-CV-04636-LHK
ORDER DISMISSING ALL REMAINING DEFENDANTS

1   Plaintiffs filed their Complaint on September 5, 2012. ECF No. 1. Plaintiffs' Complaint appears to consist of miscellaneous words and numbers.

On January 3, 2013, this Court dismissed Defendants Greenpoint Mortgage Funding, Inc., Aurora Bank FSB, Aurora Loan Services, LLC, and Mortgage Electronic Registration Systems, Inc. with prejudice for failure to prosecute because of Plaintiffs' failure to respond to the Court's December 13, 2012 OSC and failure to appear at the January 2, 2013 OSC hearing.

On January 31, 2013, this Court dismissed Defendants Akerman Senterfitt, LLP, Taylor L. Broadhead, and Justin D. Balser with prejudice for failure to prosecute because of Plaintiff's failure to respond to the Court's January 3, 2013 OSC and failure to appear at the January 30, 2013 OSC hearing.

On January 31, 2013, this Court issued an OSC as to all remaining Defendants because of Plaintiffs' failure to: (1) file a joint case management conference statement in advance of the January 30, 2013 case management conference and, (2) appear at the January 30, 2013 OSC hearing and case management conference. Plaintiffs' deadline to respond to the January 31, 2013 OSC was set for February 13, 2013. A hearing on the January 31, 2013 OSC was set for February 27, 2013 at 2:00 P.M. The Court advised Plaintiffs that if Plaintiffs failed to respond to the January 31, 2013 OSC and to appear at the February 27, 2013 hearing, Plaintiffs' case would be dismissed with prejudice as to all remaining Defendants for failure to prosecute.

Plaintiffs failed to respond to the OSC and appear at the February 27, 2013 OSC hearing. Accordingly, Plaintiffs' case is DISMISSED WITH PREJUDICE as to all remaining Defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 5, 2013

_____
LUCY H. KOH
United States District Judge

2
Case No.: 12-CV-04636-LHK
ORDER DISMISSING ALL REMAINING DEFENDANTS